```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
JUAN VASQUEZ,                              :
                    Petitioner,            :
                                           :      07Civ. 7575
          -v-                              :      (DLC)(MHD
                                           :
H.D. GRANHAM, Superintendent, Auburn       :      ORDER OF
Correctional Facility,                     :      REFERENCE TO A
                    Respondent.            :      MAGISTRATE JUDGE
-------------------------------------------X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | _X_ | Habeas Corpus |
| ___ | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED:

Dated:   New York, New York
         September 11, 2007

                                        _____
                                                 DENISE COTE
                                        United States District Judge