

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

Writer's Direct Telephone No.
(212) 416-8624

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section

January 9, 2008

**BY HAND DELIVERY**

Honorable Michael H. Dolinger
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1670
New York, New York 10007-1312

Re:  Juan Vasquez v. H.D. Granham, Supt.
     07 Civ. 7575 (DLC) (MHD)

Your Honor:

    I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced matter. Today, respondent filed with the Clerk of Court our declaration and memorandum of law in opposition to the petition for a writ of habeas corpus.

    Attached are courtesy copies of the memorandum and declaration in opposition, along with the attached exhibits. A copy of the pre-trial, trial, and sentencing transcripts has been filed with the Clerk.

    Thank you for your consideration.

Respectfully submitted,

Ashlyn Dannelly
Assistant Attorney General
Habeas Corpus Section
(212) 416-8624



ENDORSED ORDER: Respondent's [illegible] counsel is directed to send a copy of this letter to petitioner, as well as all future communications [illegible] the court.
MD/USMJ 1/9/08

120 Broadway, New York, NY 10271 • Fax (212) 416-8010